UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE


**United States of America**

    **v.**                                    Case No. 11-cr-15-PB

**Luis Enrique Guzman Tavaras**


### O R D E R


    The defendant has moved to continue the December 4, 2012 trial in the above case, citing the need for additional time to complete discovery and engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

    Accordingly, for the above reasons and in order to allow the parties additional time to properly prepare for trial, the court agrees to continue the trial from December 4, 2013 to March 5, 2013.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The November 27, 2012 final pretrial conference is continued to February 19, 2013 at 2:00 p.m.

SO ORDERED.

/s/Paul Barbadoro  
Paul Barbadoro  
United States District Judge

November 9, 2012

cc: Bjorn Lange, Esq.  
    Alfred Rubega, AUSA  
    United States Marshal  
    United States Probation